IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-11966-sr |
| MARK and KIMBERLY BRACEY, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing

of Replacement Proof of Claim **(Claim #28-1)** filed by **Green Tree Servicing LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments)

**(Claim No.  28-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.         This Motion is **GRANTED**.

2.         The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 28-1 on the**

**Claims Register forthwith**.

**Green Tree Servicing LLC** shall  file redacted copies of the document(s) identified

in Paragraph 2 above **on or before November 21, 2016**.


BY THE COURT:

Dated: November 7, 2016

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge