United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-11966-sr
Mark Allan Bracey                                                   Chapter 13
Kimberly Ann Bracey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett        Page 1 of 1              Date Rcvd: Nov 07, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db/jdb         +Mark Allan Bracey,    Kimberly Ann Bracey,    21 Flamingo Road,    Levittown, PA 19056-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
        229ecf@glpoc.comcastbiz.net
        JOHN M. KENNEY    on behalf of Joint Debtor Kimberly Ann Bracey jken330@comcast.net,
        Kathy@jkenneylaw.com
        JOHN M. KENNEY    on behalf of Debtor Mark Allan Bracey jken330@comcast.net,   Kathy@jkenneylaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
        pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
        rive.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-11966-sr |
|---|---|
| MARK and KIMBERLY BRACEY, | Chapter 13 |
| Debtor, | Doc. No. |

## **ORDER OF COURT**

        **AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing

of Replacement Proof of Claim **(Claim #28-1)** filed by **Green Tree Servicing LLC**;

        **AND**, the Court concluding that the subject Proof of Claim (including attachments)

**(Claim No.  28-1)** fails to comply with Fed. R. Bankr. P. 9037;

        It is therefore **ORDERED** that:

        1.        This Motion is **GRANTED**.

        2.        The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 28-1 on the**

**Claims Register forthwith**.

        **Green Tree Servicing LLC** shall  file redacted copies of the document(s) identified

in Paragraph 2 above **on or before November 21, 2016**.

                                        BY THE COURT:

Dated:  November 7, 2016                _____
                                        Hon. Stephen Raslavich
                                        U.S. Bankruptcy Court Judge