UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Mark Allan Bracey | : | |
| Kimberly Ann Bracey | : | Bankruptcy No. 13-11966 |
| | : | |
| Debtor | : | |
| | : | |

# **O R D E R**

      **AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim         filed by **Citizens Bank**;

      **AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 2-1)** fails to comply with Fed. R. Bankr. P. 9037;

      It is therefore **ORDERED** that:

      1.    This Motion is **GRANTED**.

      2.    The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 2-1 on the Claims Register forthwith**.

      3.    **Citizens Bank** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** April 6, 2017.

Dated: March 23, 2017

                                            STEPHEN RASLAVICH
                                            UNITED STATES BANKRUPTCY JUDGE