United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark Allan Bracey  
Kimberly Ann Bracey  
    Debtors

Case No. 13-11966-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Mar 24, 2017  
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.  
db/jdb      +Mark Allan Bracey,    Kimberly Ann Bracey,    21 Flamingo Road,    Levittown, PA 19056-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
       JOHN M. KENNEY    on behalf of Joint Debtor Kimberly Ann Bracey jken330@comcast.net, Kathy@jkenneylaw.com  
       JOHN M. KENNEY    on behalf of Debtor Mark Allan Bracey jken330@comcast.net, Kathy@jkenneylaw.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                        TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Mark Allan Bracey | : | |
| Kimberly Ann Bracey | : | Bankruptcy No. 13-11966 |
| | : | |
| Debtor | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim         filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 2-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 2-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** April 6, 2017.

Dated: March 23, 2017

STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE