Certificate Number: 14688-PAE-DE-030632021

Bankruptcy Case Number: 13-11966



14688-PAE-DE-030632021

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>February 25, 2018</u>, at <u>1:49</u> o'clock <u>PM EST</u>, <u>Mark  Bracey</u> completed a course on personal financial management given <u>by internet</u> by <u>$10 Debtor Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>February 27, 2018</u>          By:    <u>/s/Helen L. Cagle</u>

Name:  <u>Helen L. Cagle</u>

Title:  <u>Managing Director</u>