Certificate Number: 14688-PAE-DE-030632022

Bankruptcy Case Number: 13-11966



14688-PAE-DE-030632022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2018, at 1:49 o'clock PM EST, Kimberly Bracey completed a course on personal financial management given by internet by $10 Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 27, 2018          By:   /s/Helen L. Cagle

                                    Name:  Helen L. Cagle

                                    Title:  Managing Director