United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-11966-jkf
Mark Allan Bracey                                               Chapter 13
Kimberly Ann Bracey
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 3              Date Rcvd: Jul 20, 2018
                               Form ID: 138NEW         Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
```
db/jdb         +Mark Allan Bracey,    Kimberly Ann Bracey,    21 Flamingo Road,    Levittown, PA 19056-1807
12987688      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX  79998)
12987689       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13004787       +Bank of America,    c/o Joshua Goldman, Esq,    701 Market Street, Ste 5000,
                 Phila., PA 19106-1541
12987690       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
12987693       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12987694       +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
12993600       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
12987695       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13023356      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13002059       +Department Stores National Bank/Macys,    Bankruptcy Processing,     Po Box 8053,
                 Mason, OH 45040-8053
12987697       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13024618        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13016660      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     PO Box 6275,
                 Dearborn, MI  48121)
12987698       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
12987699       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
13040452       +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13040451       +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12987705       +Nortstar Location Services LLC,    4285 Genesee St,    Cheektowaga, NY 14225-1943
13260199        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
12987707       +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12987708        Us Bk Rms Cc,    Cb Disputes,    St Louis, MO  63166
12987709       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
12987711       +Webbank/dfs,    Po Box 81607,    Austin, TX 78708-1607
13308020        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136
13082277        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:07:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:14     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Jul 21 2018 02:06:17     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13003071        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2018 02:26:32
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
12987691        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2018 02:26:31     Cap One,
                 Po Box 85015,    Richmond, VA  23285
12987692       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 21 2018 02:27:11     Cap1/bstby,
                 Po Box 5253,    Carol Stream, IL 60197-5253
13034987       +E-mail/Text: bnc@bass-associates.com Jul 21 2018 02:06:17     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12989922       +E-mail/Text: bankruptcy@cavps.com Jul 21 2018 02:07:24     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13052592       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2018 02:08:12     Country Door,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12994064        E-mail/Text: mrdiscen@discover.com Jul 21 2018 02:06:19     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12987696       +E-mail/Text: mrdiscen@discover.com Jul 21 2018 02:06:19     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13116989        E-mail/Text: bankruptcy.bnc@ditech.com Jul 21 2018 02:06:28     Green Tree Servicing, LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
12987700       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:29     Gecrb/ge Capital Loc,
                 P.O. Box 965005,    Orlando, FL 32896-5005
12987701       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:42     Gecrb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0313-2           User: John                  Page 2 of 3                   Date Rcvd: Jul 20, 2018
                               Form ID: 138NEW             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12987702       +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:43      Gecrb/tydc,    Po Box 965005,
                 Orlando, FL 32896-5005
13043035       +E-mail/Text: bncmail@w-legal.com Jul 21 2018 02:07:21      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13109666        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2018 02:09:32
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12987703       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 21 2018 02:07:58      Metabnk/fhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
13052589       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2018 02:08:12      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12987704       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2018 02:08:12      Monroe And Main,
                 1112 7th Ave,    Monroe, WI 53566-1364
13041065       +E-mail/Text: bncmail@w-legal.com Jul 21 2018 02:07:27      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13092825        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:09:46
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13023941       +E-mail/Text: csidl@sbcglobal.net Jul 21 2018 02:07:27      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12996966        E-mail/PDF: rmscedi@recoverycorp.com Jul 21 2018 02:09:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12987706       +E-mail/Text: bankruptcy@sccompanies.com Jul 21 2018 02:08:12      Through The Country Do,
                 1112 7th Ave,    Monroe, WI 53566-1364
12987710       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2018 02:06:14
                 Verizon,   P.O. Box 4830,    Trenton, NJ 08650-4830
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083
cr*           eCast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
13093034*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:

```
         HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing, LLC
           paeb@fedphe.com
         JOHN M. KENNEY    on behalf of Joint Debtor Kimberly Ann Bracey jken330@comcast.net,
           Kathy@jkenneylaw.com
         JOHN M. KENNEY    on behalf of Debtor Mark Allan Bracey jken330@comcast.net,   Kathy@jkenneylaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         PETER J. ASHCROFT    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: John                Page 3 of 3              Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW           Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                    TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mark Allan Bracey and Kimberly Ann Bracey

        Debtor(s)                               Bankruptcy No: 13–11966–jkf

                                                        Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                   For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court

Dated: 7/20/18

                                                                              62 – 61
                                                                      Form 138_new