```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 13-11966-jkf
Mark Allan Bracey                                                       Chapter 13
Kimberly Ann Bracey
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin                 Page 1 of 2                  Date Rcvd: Aug 24, 2018
                              Form ID: 3180W              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db/jdb         +Mark Allan Bracey,    Kimberly Ann Bracey,    21 Flamingo Road,    Levittown, PA 19056-1807
12993600       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13023356      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
13040452       +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13040451       +Massey's,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13260199        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA    17106-9184
12987709       +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
13308020        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA    17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13003071        EDI: AIS.COM Aug 25 2018 05:48:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK    73126-8941
12989922       +E-mail/Text: bankruptcy@cavps.com Aug 25 2018 01:59:55      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13052592       +EDI: CBS7AVE Aug 25 2018 05:48:00      Country Door,    c/o Creditors Bankruptcy Service,
                 P.O. Box 740933,    Dallas, TX 75374-0933
13002059       +EDI: TSYS2.COM Aug 25 2018 05:48:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
12994064        EDI: DISCOVER.COM Aug 25 2018 05:48:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH    43054-3025
13016660        EDI: FORD.COM Aug 25 2018 05:48:00      Ford Motor Credit Company, LLC,    PO Box 6275,
                 Dearborn, MI    48121
13116989        E-mail/Text: bankruptcy.bnc@ditech.com Aug 25 2018 01:58:56      Green Tree Servicing, LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
13043035       +EDI: OPHSUBSID.COM Aug 25 2018 05:48:00      KEYSTONE RECOVERY PARTNERS, SERIES II,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13109666        EDI: RESURGENT.COM Aug 25 2018 05:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13052589       +EDI: CBS7AVE Aug 25 2018 05:48:00      Monroe & Main,    c/o Creditors Bankruptcy Service,
                 P.O. Box 740933,    Dallas, TX 75374-0933
13041065       +EDI: OPHSUBSID.COM Aug 25 2018 05:48:00      OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13092825        EDI: PRA.COM Aug 25 2018 05:48:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
13023941       +E-mail/Text: csidl@sbcglobal.net Aug 25 2018 02:00:01      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13082277        EDI: ECAST.COM Aug 25 2018 05:48:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13093034*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 24, 2018
                              Form ID: 3180W           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
          HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC F/K/A Green Tree Servicing, LLC
           paeb@fedphe.com
          JOHN M. KENNEY    on behalf of Joint Debtor Kimberly Ann Bracey jken330@comcast.net,
           Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Debtor Mark Allan Bracey jken330@comcast.net,  Kathy@jkenneylaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mark Allan Bracey** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–9623** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Kimberly Ann Bracey** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–1895** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **13–11966–jkf** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Allan Bracey                                        Kimberly Ann Bracey

8/23/18                                                  **By the court:**    Jean K. FitzSimon
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**